1  MONICA L. BERMUDEZ
   Attorney at Law, SBN 275434
2  1670 M Street
   Bakersfield, CA 93301
3  Telephone: (661) 616-2141
   Email: monica@lawbermudez.com
4

5  Attorney for the Defendant
   MARTIN VELAZQUEZ
6

7

8              IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00249 JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| v. | |
| MARTIN VELAZQUEZ, | DATE: May 28, 2024<br>TIME: 9:00 A.M.<br>JUDGE: HONORABLE THURSTON |
| Defendants. | |

**STIPULATION**

   Martin Velazquez, by and through his counsel, Monica L. Bermudez, and The United States of America, by and through its counsel of record, hereby stipulates as follows:

1. By previous order, this matter was set for sentencing on May 28, 2024, at 9:00 a.m.
2. Counsel is in the process of collecting information to finalize and file a sentencing memorandum.
3. As such, counsel is requesting this matter be continued to Monday, June 24, 2024,
4. I have spoken to AUSA Justin Gilio and he has no objection to the brief continuance.

1

**IT IS SO STIPULATED.**

DATED: May 21, 2024

                                     */s/ Monica L. Bermudez*
                                     MONICA L. BERMUDEZ
                                     Counsel for Defendant
                                     Martin Velazquez

DATED: May 21, 2024

                                     */s/Justin Gilio*
                                     JUSTIN GILIO
                                     Assistant United States Attorney

## O R D E R

**IT IS SO ORDERED** that the sentencing set on May 28, 2024, be vacated and reset to June 24, 2024 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **May 22, 2024**　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
                                                                                UNITED STATES DISTRICT JUDGE